## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY )<br>Plaintiff, )<br>vs. )<br> )<br>PETER M. GEBAUER, I )<br>Defendant. )<br> )<br> )<br> ) | Case No.: 07 CV 1755<br><br>Honorable Mark Filip<br><br>Magistrate Judge Valdez |

## JOINT MOTION FOR ENTRY OF A JUDGMENT ORDER

NOW COME, Plaintiff, AMERICAN GENERAL LIFE INSURANCE COMPANY, ("American General" or "Plaintiff"), by and through its attorneys, and Defendant PETER M. GEBAUER I ("Gebauer" or "Defendant") (collectively, the "Parties"), jointly move this Court for entry of a Judgment Order declaring Policy YM00276377 null and void from its inception. In support of their Motion, American General and Gebauer state as follows:

1. This Court has personal jurisdiction of the parties.

2. This Court has subject matter jurisdiction of this case.

3. American General filed this action seeking rescission of life insurance policy number YM00276377 ("the Policy"), with the face amount of $1,000,000.00, issued by American General on the life of Peter M. Gebauer, I, which was purchased by Defendant ("the Lawsuit").

4. The Parties have agreed to compromise the Lawsuit and all disputes between and among them upon the terms set forth in the Rescission Agreement and General Release of Claims executed by the Parties ("the Rescission Agreement").

394587.1

5. Pursuant to the Rescission Agreement, the Parties agree that Policy number YM00276377 is rescinded and all coverages are void as if it had never existed.

**WHEREFORE**, Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY and Defendant PETER M. GEBAUER I respectfully request that the Court enter a Judgment Order declaring Policy YM00276377 null and void from its inception.

Respectfully submitted,

| | |
|---|---|
| **PETER M. GEBAUER I** | **AMERICAN GENERAL LIFE INSURANCE COMPANY** |
| By: __/s/ Peter M. Gebauer__ | By: */s/ Cinthia G. Motley*_____ |
| | One of its attorneys |
| Peter M. Gebauer, I | Daniel J. McMahon, Esq. |
| 15 W. 710 82nd Street | Rebecca M. Rothmann, Esq. |
| Burr Ridge, IL 60527 | Cinthia G. Motley, Esq. |
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | 120 North LaSalle Street, Suite 2600 |
| | Chicago, Illinois 60602 |
| | (312) 704-0550 |